EFILED Document
CO Arapahoe County District Court 18th JD
Filing Date: Jan 30 2012 12:44PM MST
Filing ID: 42206812
Review Clerk: N/A

| | |
|---|---|
| District Court, Arapahoe County, State of Colorado<br>7325 South Potomac Street, Centennial, CO 80112 | |
| **Plaintiff(s):**<br>Michael A. Collins, individually<br><br>**Defendant(s):**<br>BAC Home Loans Servicing LP., a/k/a Bank of America N.A., a/k/a Country Wide Home Loans Servicing LP and its agents, employees and affiliates individually "whose true names are unknown" | ▲COURT USE ONLY▲<br><br>Case No.: 11-CV-2568<br><br>Div.: 207 |
| **ORDER [Proposed]** | |

The Court, having reviewed Plaintiff, Michael A. Collins Amended and Supplemental Verified Forthwith Motion for Leave to File Documents under Seal, and being fully advised, ORDERS as follows:

That Plaintiff Michael A. Collins': (1) Motion to file without payment of Filling Fees; (2) Finding and Order Concerning Payment of Filing Fees; and (3) Mr. Collins' Bank Statements is filled under seal up to and until further order of the Court from parties and public view.

DATED this ____ day of _____, 2012

BY THE COURT:

_____
District Court Judge


EXHIBIT C

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Arapahoe County District Court 18th JD |
| **Judge:** | Marilyn Antrim |
| **File & Serve Transaction ID:** | 41696919 |
| **Current Date:** | Jan 30, 2012 |
| **Case Number:** | 2011CV2568 |
| **Case Name:** | COLLINS, MICHAEL vs. BAC HOME LOANS SERVICING LP ET AL |

**Court Authorizer Comments:**

This order is subject to future modification.

/s/ Judge Marilyn Antrim