IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00375–WYD–KMT

MICHAEL A. COLLINS, individually,

    Plaintiff,

v.

BAC HOME LOANS SERVICING LP, a/k/a BANK OF AMERICA N.A., a/k/a COUNTRY WIDE HOME LOANS SERVICING LP, and its agents, employees and affiliates individually "whose true names are unknown",

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter comes before the court on review of "Plaintiff's Amended and Supplemental Verified Response to BAC Home Loans Servicing LP Motion for Summary Judgment" (Doc. No. 43, filed September 19, 2012), "Plaintiff's Motion for Leave to Amend his Response Concerning BAC Home Loans Servicing LP Motion for Summary Judgment" (Doc. No. 44, filed September 19, 2012), and "Plaintiff's Motion for Leave to Exceed Page Limit" (Doc. No. 45, filed September 19, 2012).  Document 43 is construed to be a surreply.  The Local Rules of Practice for United States District Court for the District of Colorado do not allow for the filing of a surreply.  *See* D.C.COLO.LCivR 7.1C.  Moreover, briefing on the Motion for Summary Judgment was complete on April 12, 2012.  Therefore, "Plaintiff's Motion for Leave to Amend his Response Concerning BAC Home Loans Servicing LP Motion for Summary Judgment" (Doc. No. 44), and "Plaintiff's Motion for Leave to Exceed Page Limit" (Doc. No. 45) are DENIED and "Plaintiff's Amended and Supplemental Verified Response to BAC Home Loans Servicing LP Motion for Summary Judgment" (Doc. No. 43) is STRICKEN.

Dated: September 20, 2012