IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00375-WYD-KMT

MICHAEL A. COLLINS,

      Plaintiff,

v.

BAC HOME LOANS SERVICING LP, a/k/a BANK OF AMERICA N.A., a/k/a COUNTRYWIDE HOME LOANS SERVICING LP, and its agents, employees and affiliates individually "whose true names are unknown,"

      Defendants.

## FINAL JUDGMENT

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on December 12, 2012, by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

      ORDERED that the Recommendation of Magistrate Judge Tafoya [ECF No. 53], filed on October 30, 2012, is affirmed and adopted.  It is further

      ORDERED that final judgment is hereby entered in favor of Defendant, Bank of America, N.A., and against Plaintiff, Michael A. Collins, on Defendant's Motion for Summary Judgment.  It is further

      ORDERED that plaintiff's complaint and this civil action are dismissed with prejudice.

DATED at Denver, Colorado this 13th day of December, 2012.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

          By: s/ Edward P. Butler
          Edward P. Butler, Deputy Clerk